UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| CHARLES TURNER | * | CIVIL ACTION NO.  12-2215 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint, be, and is hereby DISMISSED, with prejudice.  Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in chambers, at Monroe, Louisiana,  this 13th day of August, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE